[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 12-16313
Non-Argument Calendar
_____

D.C. Docket No. 3:05-cr-00002-LC-MD-3

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

RODERICK SIMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida
_____

(July 29, 2013)

Before HULL, JORDAN and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Roderick Sims in the appeal from the revocation of Sims's term of supervised release, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, Kaufman's motion to withdraw is **GRANTED**, and the revocation of Sims's supervised release and resulting sentence are **AFFIRMED**.